CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2019-09485                                               DIVISION: "D-12"

JONATHAN BROWN and DORIS DUMMARS

VERSUS

PWR, LLC OF NEW YORK, PWR, LLC, AMERICAN GUARANTEE AND LIABILITY, ZURICH NORTH AMERICAN, ZURICH INS GROUP AND MOSES TYLER

FILED: _____        _____
                                                                      DEPUTY CLERK

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:   PATRICK GRACE
      Comeaux, Stephens, and Grace
      Attorney for Respondents
      3900 N Causeway Blvd., Ste 1060
      Metairie, LA 70002

**NOW INTO COURT**, through undersigned counsel, comes Jonathan Brown who answers the *First Set of Interrogatories and Request for Production of Document* as follows:

**INTRODUCTION**

Answers and responses to this discovery were prepared with the assistance of counsel and are based upon information obtained from presently existing filed and records. Plaintiff has responses on the basis of the best information presently available. Subsequent investigation may reveal additional information that is relevant to this discovery and lead to a supplemental response. If information is later obtained which modifies any response herein, such information will be conveyed to the parting submitting this discovery. Because discovery in this matter is still ongoing, Plaintiff expressly reserves the right to supplement and/or amend its answers and responses.



## GENERAL OBJECTIONS

1. To the extent that any interrogatory or request for production requests information subject to a claim of privilege or other protection, including, without limitation, the attorney-client privilege, the work product or anticipation of litigation doctrines, or rule of confidentiality provided by law, Plaintiff objects to the interrogatory or request for production on that grounds and claims such privilege or doctrinal protection. Moreover, the production of any protected information pursuant to Plaintiff's right later to object that such information is protected and that production of such information was inadvertent.

2. Plaintiff further objects to any interrogatory or request of production to the extent that it seeks disclosure of information or documents where such disclosure would violate the privacy rights of individual, confidentiality agreements, governmental regulations, or court orders restriction the disclosures of information. Moreover, the production of any protected information or document pursuant to the interrogatories and requests for production is inadvertent and without prejudice to Plaintiff's right later to object that such information or document is protected and that its production was inadvertent.

3. In responding to these interrogatories and request for production, Plaintiff does not waive and specifically reserves all general and specific objections. Additionally, Plaintiff does not concede by responding that the information sought or provided is relevant to the subject matter of this action or is calculated to lead to the discovery of admissible evident. Nor shall the production of any information be construed as an admission by Plaintiff that said information is relevant, material, authentic, or otherwise admissible evidence. Plaintiff expressly reserves the right to object to further discovery and to subject matter of these interrogatories, as well as the introduction into evidence of any responses to these interrogatories.

4. These General Objections apply to every response provided hereinafter, as if set forth fully in each specific response.

5. Plaintiff reserves the right to supplement any answers given at any time before trial.

**INTERROGATORY NO. 1:**

Please state your full name, any other names you have been known by, your date and place of birth, your marital status at the time of the accident, your present marital status, your present home address, your Social Security number, and your driver's license number indicating which state issued the driver's license.

**ANSWER TO INTERROGATORY NO. 1:**

- Jonathan Brown
- Date of birth: July 24, 1957, born in New Orleans, LA
- Married at the time of accident and currently
- 1920 Aberdeen Street, Harvey, LA 70058
- Louisiana driver's license number: 004351466
- Social Security No.: 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

**INTERROGATORY NO. 2:**

Please give the name, address and telephone number of each public, private or vocational school, college or university that you have attended during your life, indicating the time period you attended the school, your major/minor course of study, the date you graduated (if you graduated) indicating whether or not you received a degree and what type of degree.

**ANSWER TO INTERROGATORY NO. 2:**

I never attended high school or any vocational school

**INTERROGATORY NO. 3:**

Please list in chronological order all jobs, vocations, trades or businesses which you have engaged in during your productive life, including your employer at the time of the accident, as well as all employers after the accident, giving the name, address and telephone number of each employer, the time period of employment, your job title, your employment duties, your average weekly wage, and why you terminated each employment.

**ANSWER TO INTERROGATORY NO. 3:**

I have worked for Goodwill for the last three years. I do custodial work at the Harvey

state building for $9/hour. I work about 20 hours a week.

Goodwill
3400 Tulane Ave, Ste. 1000
New Orleans, LA 70119
Ph.: 504-658-4500

**INTERROGATORY NO. 4:**

Please state the name, home address, business address (if any) and telephone number of all witnesses to your accident and/or any witnesses you may call at the trial of this matter giving a brief summary of their anticipated testimony.

**ANSWER TO INTERROGATORY NO. 4:**

Doris Dummars, police, and defendants.

**INTERROGATORY NO. 5:**

Please provide the name, address and telephone number of every witness you (or your representative, agent, etc.) have interviewed or taken a statement from indicating the date the statement was taken, name, address and telephone number of the person who took the statement and indicate for each such statement whether the statement was written, recorded, signed or unsigned by the person giving the statement.

**ANSWER TO INTERROGATORY NO. 5:**

No formal interviews or statements were taken.

**INTERROGATORY NO. 6:**

Please provide the name, address, telephone number and field of expertise of any expert you have consulted, retained or engaged in connection with this litigation, and for each such expert, indicate all information provided to the expert to formulate his or her opinion.

**ANSWER TO INTERROGATORY NO. 6:**

None other than doctors

**INTERROGATORY NO. 7:**

Describe in detail the injuries you sustained in the accident upon which this suit is based indicating whether you are fully recovered from any of the injuries and stating the approximate date of recovery for each particular injury, and if you have not fully recovered, state in what

respect you are still affected by the injury.

**ANSWER TO INTERROGATORY NO. 7:**

I am still treating for my back and neck. My left shoulder was injured also.

**INTERROGATORY NO. 8:**

State the name, address, and telephone of all hospitals, clinics, nursing homes or other institutions in which you have been confined or received out-patient treatment because of this accident indicating the number of days you were confined to each hospital, clinic, nursing home or other institution, including an indication as to any time you were confined to your home as a result of your injuries.

**ANSWER TO INTERROGATORY NO. 8:**

- Ochsner Westbank: 120 Ochsner Blvd., Gretna, LA 70056
- Van Wormer Chiropractic: 2850 Manhattan Blvd, Ste. A, Harvey, LA 70058
- Spinecare Medical Group: 1849 Barataria Blvd., Marrero, LA 70072
- Lonseth Interventional Pain Center: 4213 Teuton St, Metairie, LA 70006
- Magnolia Diagnostic: 2700 Cadiz St, New Orleans, LA 70115

**INTERROGATORY NO. 9:**

Please state the name, address, telephone number and field of expertise of all doctors, therapists, and/or practitioners who have examined, treated or rendered services to you, whether in the hospital or elsewhere, because of this accident, and describing in detail the general nature of treatment rendered by each doctor, therapist and/or practitioners.

**ANSWER TO INTERROGATORY NO. 9:**

- Nicole Mae S.: Emergency room physician at Ochsner Westbank ER
- Gina Dean, MD: Chiropractor at Van Wormer
- Alexia Waguespack, MD: Orthopedic Surgeon at Spinecare Medical Group
- Eric Lonseth, MD: Orthopedic Surgeon at Lonseth Interventional Pain Center

**INTERROGATORY NO. 10:**

Please state the date of your last treatment by any doctor, therapist or practitioner and

whether you have any future appointments to see any doctor, therapist or practitioner giving his/her name, address, telephone number and the date of said appointment.

**ANSWER TO INTERROGATORY NO. 10:**

I had an appointment with Dr. Lonseth on March 17, 2020. I have not scheduled my next appointment at this time.

**INTERROGATORY NO. 11:**

If any x-rays or tests of any kind were taken or performed on you because of this accident for the purpose of diagnosis or treatment, please state where the x-rays or tests were taken or performed, who performed the tests and the findings reported as a result of the x-rays or tests.

**ANSWER TO INTERROGATORY NO. 11:**

I had an MRI at Magnolia Diagnostics, results attached. I may have had X-rays also.

**INTERROGATORY NO. 12:**

If you are claiming loss of earnings (from an employer and/or from self-employment) because of this accident, please state the total amount of such loss and the method of computation, the date you were absent from your employment, and the date you first returned to work after the accident and further indicate whether you received your full or partial salary, wages, or income during the period of alleged disability, including the amounts paid.

**ANSWER TO INTERROGATORY NO. 12:**

Not determined at this time

**INTERROGATORY NO. 13:**

If you claim you sustained any other financial losses or damages as a result of the accident, please state in detail the nature, dates and amounts of such additional losses, including but not limited to, an itemized listing of all medical expenses or charges you have incurred as a result of this accident.

**ANSWER TO INTERROGATORY NO. 13:**

Medical bills and rental car expense

**INTERROGATORY NO. 14:**

If you have ever been involved in any other accident of any kind before or after the

accident upon which this suit is based, please state in detail, the date of each accident, the injuries that you sustained, and the Court and docket number of any suit or workers' compensation claim which was instituted for the recovery of damages or compensation benefits.

**ANSWER TO INTERROGATORY NO. 14:**

Objection, Interrogatory No. 14 is overbroad.

**INTERROGATORY NO. 15:**

If you have ever suffered any injuries, sickness, disease or abnormality of any kind before or after the accident in suit, which precluded you from working for a period of time or involved any part or function of the body claimed to have been injured in this suit, please state when you suffered the injuries, sickness, disease or abnormality, the nature of the injury, sickness, disease or abnormality, and provide the name, address and telephone number of anyone who treated you for the injury, sickness, disease or abnormality.

**ANSWER TO INTERROGATORY NO. 15:**

Objection, Interrogatory No. 15 is overbroad.

**INTERROGATORY NO. 16**:

For each expert you have retained as a potentially testifying expert in this case, including but not limited to, accident reconstructionists, safety experts, biomechanical experts, and "liability" experts of any type regardless of their title, and/or any "damages" experts, regardless of their titles, including any functional capacity evaluators examiners, vocational experts, economists, accountants, life care planners, etc., please provide their name, field of expertise, address and telephone number.

**ANSWER TO INTERROGATORY NO. 16:**

Medical doctors have already been provided and other experts have not been determined.

### REQUEST FOR PRODUCTION OF DOCUMENTS

1. Any and all medical reports concerning the diagnosis of, prognosis of, and/or treatment of personal injuries sustained by the plaintiff as a result of the accident or accidents which forms the basis of this lawsuit.

**See attached**

2. Please provide copies of all medical bills, prescription drug bills, diagnostic testing bills and any other bills for medical treatment for the injuries allegedly sustained by the plaintiff as a result of the accident or accidents in suit.

**See attached**

3. Any and all photographs of the accident scene or the plaintiff depicting plaintiff's personal injuries which allegedly resulted from the accident or accidents which forms the basis of this lawsuit.

**Not in our possession at this time.**

4. Copies of any statements obtained from any witnesses to the accident and/or any witnesses you intend to call at the trial of this matter.

**Not in our possession at this time.**

5. Any and all documents which may be utilized to prove the loss of wages and/or diminished earning capacity claims of plaintiff as a result of the accident or accidents.

**Not in our possession at this time.**

6. Please provide copies of your income tax returns, W-2s and all documentation filed with the Internal Revenue Service for five years prior to the date of your accident to the date this matter goes to trial.

**Not in our possession at this time.**

7. Please complete, execute and return the attached authorization for release of medical records.

**See attached.**

8. Please complete, execute and return the attached authorization for release of employment records.

**See attached.**

9. Please execute and return the attached Social Security Earnings Information Authorization form.

**See attached.**

10. Please execute and return the attached Internal Revenue Service authorization form 4506-T.

**See attached.**

11. Please provide a copy of the Police Reports and/or any other accident reports prepared or received by you and filed with the State, any Police department or filed with your employer as a result of the accident in suit.

**See attached.**

12. Please provide copies of any photographs of any of the vehicles involved in this accident.

**I'm attempting to get them in a way for distribution.**

13. Any and all estimates for repairs, receipts for repairs, canceled checks, etc. for the damage to the vehicle you were driving in at the time of the alleged accident.

**See attached.**

14. Please provide copies of any and all exhibits and/or demonstrative aids which may be utilized at trial, including, but not limited to, any documents, photographs, films, videotapes, DVDs, CDs, e-mails, faxes, blow-ups of any exhibits/documents, computer graphics, computer enhancements, PowerPoint presentations or other visual, audio or other evidence or demonstrative aid which may be used at the trial on the merits.

**Not determined at this time.**

15. For each expert you have retained as a potentially testifying expert in this case, including, but not limited to, accident reconstructionists, safety experts, biomechanical experts, and "liability" experts of any type regardless of their title, and/or any "damages" experts, regardless of their titles, including any functional capacity evaluators examiners, vocational experts, economists, accountants, life care planners, etc., please provide the following:

  a) Copies of all records provided to the expert to formulate an opinion in this matter;
  b) Copies of all draft reports and the final report of the experts;
  c) Copies of the CVs for the experts;

d) Copies of the testimony history for the experts for the past three years;

e) Copies of any source materials used in formulating the opinions of the experts;

f) Copies of any and all bills for the services provided by the experts.

**None have been determined at this time.**

Respectfully submitted,

Mark Morice,

___/s Mark E. Morice_____
**MARK MORICE**
Bar Number: 25949
Attorney at Law
1132 Derbigny Street
Gretna, LA 70053

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been sent to all counsel of record by U.S. Mail, facsimile or by email, this 30th day of April, 2020.

__/s Mark E. Morice_____
**MARK MORICE**